PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steele, Kevin Mark                                              Cr.: 07-660-01

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton;

(original) Honorable Florence-Marie Cooper, Central District of California.

Date of Original Sentence: 2/9/04

Original Offense: Robbery of U.S. Post Office (18:2114 (a)).

Original Sentence: 77 months

Type of Supervision: 3 years supervised release           Date Supervision Commenced: 4/20/07

Assistant U.S. Attorney: Stephanie Yonakura              Defense Attorney: Victor R. Cannon, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

                    The offender has relapsed to the use of illicit substances as evidenced by the following results of urinalyses and/or self-admission:

                    September 2007-opiates and cocaine; October 5, 2007-heroin; October 14, 2007-cocaine and opiates; October 19, 2007-cocaine; December 28, 2007-cocaine; January 12, 2008-cocaine; January 19, 2008-cocaine; January 24, 2008-cocaine.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Maurine Rush-Blossfeld
     Senior U.S. Probation Officer

PROB 12C - Page 2
Steele, Kevin Mark

Date: 1/30/08

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing: 7/7/08 - 10:00
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 21 2008
_____
Date