UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

      Plaintiff,                         03cr449 (SDW)

v.                                :

KEVIN MARK STEELE                      **O R D E R**

      Defendant.                 :


This matter having come before the Court by a motion of the defendant for early termination of supervised release, or in the alternative for permission to travel, and U.S. Probation having objected to this motion;

It is on this 18th day of August, 2009 hereby ORDERED that this motion is denied.

SUSAN D. WIGENTON
United States District Judge