PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kevin Steele                                    Cr.: 07-660-01
                                                                  PACTS #: 30575

Name of Sentencing Judicial Officer: Honorable Florence-Marie Cooper

Name of Assigned Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 02/17/04

Original Offense: Robbery of U.S. Post Office

Original Sentence: 77 months imprisonment; 36 months supervised release. Special conditions: DNA testing; drug treatment/testing; financial disclosure; no new debt; restitution of $724; $100 special assessment fee.

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/20/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1                    The offender used an illegal substance, specifically, cocaine, on November 3, 2009, and December 31, 2009.

U.S. Probation Officer Action:
The offender was referred to substance abuse counseling in November 2009, which he currently continues to attend. His case is due to expire on April 19, 2010, and this writer recommends that he continue with counseling until that time and his case be allowed to expire.

Respectfully submitted,

By: Susan Karlak
    Senior U.S. Probation Officer
Date: 03/11/10

PROB 12A - Page 2
Kevin Steele

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

March 16, 2010
Date